CYRIL PAIKIN, Respondent, *v.* ROSE SALVIN et al., Copartners Doing Business under the Name of HOTEL SHOREHAM COMPANY, et al., Appellants.

Argued October 18, 1949; decided November 17, 1949.

*Harry H. Brown* and *Royce A. Wilson* for appellants.

*Joseph H. Sand, Samuel L. Sargent, Bernard Meyerson* and *Theodore R. Kupferman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.